JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVID KO, AN INDIVIDUAL;<br>MONICA KO, AN INDIVIDUAL;<br>AND DOES 1-10,<br><br>         Defendants. | Case No.: 2:20-cv-10045-PA-JPR<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  November 2, 2020<br>Trial Date:     Not on Calendar |

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendants David Ko and Monica Ko ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: March 10, 2021

_____
Hon. Percy Anderson
United States District Judge
Central District of California